IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LAURA MAC GREGOR,<br><br>        Plaintiff,<br><br>    vs.<br><br>LEHI CITY, a Utah Municipal Corporation, LEHI CITY PROSECUTOR, KB, Clerk of the Lehi City Justice Court, SA, Clerk of the Lehi City Justice Court, JB, Clerk of the Lehi City Justice Court, NN, Clerk of the Lehi City Justice Court, SC, Clerk of the Lehi City Justice Court, BART SMITH,<br><br>        Defendants. | Case No. 2:07-CV-684 DAK<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff, Laura MacGregor, filed her complaint on September 13, 2007.  (Docket Entry #3.)  Since filing her complaint, the court has not received any other documents from Plaintiff.  In addition, the court has not received a confirmation that Plaintiff has served Defendants.

On July 2, 2008, the court issued an Order to Show Cause directing Plaintiff to respond within thirty days or face

dismissal of her complaint.  Plaintiff has not responded to the court's order.

As a result, **IT IS HEREBY RECOMMENDED** that Plaintiff's complaint be dismissed for failure to serve process and prosecute.  See Fed. R. Civ. P. 4(m), 41(b); Meade v. Grubbs, 841 F.2d 1512, 1520 (10th Cir. 1988)  (recognizing general power to dismiss for failure to prosecute or comply with federal rules of procedure).

Dated this 18th day of August, 2008.

BY THE COURT:

_____
Samuel Alba
United States Chief Magistrate Judge