IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **LAURA MACGREGOR,**<br><br>　　　　　　　　**Plaintiff**,<br>v.<br><br>**LEHI CITY et al.,**<br><br>　　　　　　　　**Defendants**. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:07CV684 DAK |

On July 2, 2008, the Magistrate Judge assigned to this case issued an Order to Show Cause why Plaintiff's Complaint should not be dismissed for failure to serve process and to prosecute. Plaintiff had thirty days to respond to that Order, but she failed to respond.

On August 19, 2008, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed for failure to serve process and prosecute. No objection to the Report and Recommendation has been received, and the time for objecting has now expired. The court has reviewed the file *de novo*, and hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. This action is hereby DISMISSED without prejudice.

DATED this 10th day of September, 2008.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge